1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                )
WARNER BROS. RECORDS INC., a Delaware            )
corporation; INTERSCOPE RECORDS, a California    )     Case No. C07-146-JLR-RSL
general partnership; CAPITOL RECORDS, INC., a    )
Delaware corporation; BMG MUSIC, a New York      )
general partnership; SONY BMG MUSIC              )     DEFAULT JUDGMENT AND
ENTERTAINMENT, a Delaware general partnership;   )     PERMANENT INJUNCTION
and UMG RECORDINGS, INC., a Delaware             )
corporation,                                     )
                                                )
                              Plaintiffs,       )
                                                )
            v.                                   )
                                                )
HEATHER ALDEN,                                   )
                                                )
                              Defendant.        )
_____ )

Having considered plaintiffs' "Application for Entry of Default Judgment by the Court,"

(Dkt. #10), and the remainder of the record, the Court finds as follows:

1.     Plaintiffs seek the minimum statutory damages of $750 per infringed work, as

authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the nine (9) sound

recordings listed in Exhibit A to the Complaint (Dkt. #1). Having been adjudicated to be in

default (Dkt. #7), defendant is liable to plaintiffs for infringement in the amount of $6,750.

2.     Defendant shall further pay plaintiffs' costs of suit herein in the amount of $550.

3.     Defendant shall be and hereby is enjoined from directly or indirectly infringing

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION

plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "More Than I Can Say," on album "Living in a Fantasy," by artist "Leo Sayer" (SR# 22-022);

- "Scar Tissue," on album "Californication," by artist "Red Hot Chili Peppers" (SR# 174-922);

- "Sexxlaws," on album "Midnite Vultures," by artist "Beck" (SR# 276-479);

- "Heart of Glass," on album "Parallel Lines," by artist "Blondie" (SR# 4-090);

- "Sex and Candy," on album "Marcy Playground," by artist "Marcy Playground" (SR# 240-954);

- "I Did It," on album "Everyday," by artist "Dave Matthews Band" (SR# 300-313);

- "Animal," on album "Vs.," by artist "Pearl Jam" (SR# 207-219);

- "Total Eclipse of the Heart," on album "Faster than the Speed of Night," by artist "Bonnie Tyler" (SR# 50-641);

- "Doin' Time," on album "Second Hand Smoke," by artist "Sublime" (SR# 246-011);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by plaintiffs (or any parent, subsidiary, or affiliate record label of plaintiffs) ("Plaintiffs' Recordings"), including without limitation, by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that defendant has downloaded onto any computer hard drive or server without plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in defendant's possession, custody, or control.

4.    The Court enters judgment in favor of plaintiffs and against defendant.

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION                    -2-

1    DATED this 5th day of June, 2007.

2

3

4                                   Robert S. Lasnik
                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFAULT JUDGMENT AND
PERMANENT INJUNCTION                    -3-